VIRNA L. SANTOS, ESQ., SBN 150017
Santos Law Group
1225 E. Divisadero Street
Fresno, CA 93721
(559) 500-3900
(559) 500-3902 (Fax)
vsantos@santoslg.com

Attorney for JOSE MANUEL GONZALEZ MERCADO

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE MANUEL GONZALEZ MERCADO,<br><br>Defendant. | Case No.: 1:21-CR-00116 JLT-SKO<br><br>MOTION TO WITHDRAW AS COUNSEL OF RECORD AND APPOINT CJA COUNSEL |

Virna L. Santos, appointed counsel of record in the above-captioned case, hereby moves for an order allowing her to withdraw as counsel of record and for the appointment of new counsel to represent JOSE MANUEL GONZALEZ MERCADO. As grounds she states:

1. Virna L. Santos was appointed to represent defendant on July 27, 2021.
2. At the time of appointment, the undersigned was a member of the Criminal Justice Act Panel for the Eastern District of California.
3. Undersigned counsel has accepted a judicial appointment to the Fresno County Superior Court, and consequently, must close her private practice.
4. Defendant JOSE MANUEL GONZALEZ MERCADO is still in need of counsel. The Federal Public Defender has contacted attorney Patrick S. Aguirre, who is available to assume representation.

MOTION TO WITHDRAW AS COUNSEL OF RECORD AND APPOINT CJA COUNSEL - 1

5. Accordingly, undersigned counsel requests that she be permitted to withdraw and that new counsel, Patrick S. Aguirre (attorney@paguirrelaw.com), be appointed *nunc pro tunc* as of April 29, 2022. Undersigned counsel requests that she be removed from the service list.

DATED: May 3, 2022                  /s/ Virna L. Santos
                                    VIRNA L. SANTOS
                                    Attorney for Defendant
                                    JOSE MANUEL GONZALEZ MERCADO

**ORDER**

Attorney Virna L. Santos' motion to withdraw as counsel is hereby GRANTED and her name shall be removed from the service list. Attorney Patrick S. Aguirre is hereby appointed as counsel *nunc pro tunc* as of April 29, 2022.

IT IS SO ORDERED.

Dated: _____
UNITED STATES DISTRICT JUDGE

MOTION TO WITHDRAW AS COUNSEL OF RECORD AND APPOINT CJA COUNSEL - 2