UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    vs.<br><br>JOSE MANUEL GONZALEZ MERCADO,<br>        Defendant. | Case No.: 1:21-CR-00116-JLT<br><br>**ORDER DENYING REQUEST TO SEAL DOCUMENTS** |

    Mr. Gonzalz Mercado ask the Court to seal his sentencing memo. As justification, he indicates that it contains "confidential and sensitive information." The Court has been directed to no specific information at issue. Local Rule 141(b) requires the moving party to "set forth the statutory or other authority for sealing . . ." Nevertheless, the request fails to describe the need for sealing or provide citation to authority which would support it. *Id*.

    The Court has reviewed the memo and attempted to speculate as to the information the defendant feels should be shielded from public view. The Court has found information that is, sadly, commonly present in these types of memos. However, it does not see why the memo should be filed under seal. There must be legal justification for sealing each document. Finally, assuming, the Court is correct as to the information

that is concerning to the defendant, there has been no showing was this information could not be redacted, assuming he shows justification for that. *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon,* 920 F.2d 1462 (9th Cir. 1990). Consequently, the defendant's request to file his sentencing memorandum under seal is **DENIED**.

IT IS SO ORDERED.

Dated:   **May 3, 2023**

UNITED STATES DISTRICT JUDGE