1  PHILLIP A. TALBERT
   United States Attorney
2  STEPHANIE M. STOKMAN
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5  Attorneys for Plaintiff
   United States of America
6
7              IN THE UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF CALIFORNIA
8

9  UNITED STATES OF AMERICA,           CASE NO. 1:21-CR-00116-JLT

10                 Plaintiff,           ORDER SEALING DOCUMENTS AS SET FORTH
            v.                          IN GOVERNMENT'S NOTICE
11
   JUAN MANUEL GONZALEZ MERCADO,
12                 Defendant.

13

14      Pursuant to Local Rule 141(b) and based upon the representation contained in the government's

15 Request to Seal, IT IS HEREBY ORDERED that the supplement to defendant Juan Manuel Gonzalez

16 Mercado's plea agreement and the government's Request to Seal shall be SEALED until further order of

17 this Court.

18      It is further ordered that access to the sealed documents shall be limited to the government and

19 counsel for the defendant.

20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28

[PROPOSED] ORDER SEALING DOCUMENTS AS SET             1
FORTH IN GOVERNMENT'S NOTICE

The Court has considered the factors set forth in *Oregonian Publishing Co. v. U.S. District Court for the District of Oregon*, 920 F.2d 1462 (9th Cir. 1990). The Court finds that, for the reasons stated in the government's request, sealing the government's motion serves a compelling interest. The Court further finds that, in the absence of closure, the compelling interests identified by the government would be harmed. In light of the public filing of its request to seal, the Court further finds that there are no additional alternatives to sealing the government's motion that would adequately protect the compelling interests identified by the government.

IT IS SO ORDERED.

Dated: __May 18, 2023__

_____
UNITED STATES DISTRICT JUDGE